

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-86,542-01 & WR-86,542-02

### EX PARTE ROY CURTIS STUART, JR., Applicant

### ON APPLICATIONS FOR WRITS OF HABEAS CORPUS
### CAUSE NOS. W13-52718-Y(A) & W13-52719-Y(A)
### IN CRIMINAL DISTRICT COURT NO. 7
### FROM DALLAS COUNTY

*Per curiam*.

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court these applications for writs of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of unlawful possession of a firearm and delivery of a controlled substance. He was sentenced to imprisonment for forty-five and twenty years.

On September 27, 2016, the trial court entered orders designating issues. The District Clerk properly forwarded the habeas record to this Court under TEX. R. APP. P. 73.4(b)(5). However, the record has been forwarded without the trial court having resolved the designated issue(s) in these

cases. We remand these applications to allow the trial court to complete an evidentiary investigation and enter findings of fact and conclusions of law.

These applications will be held in abeyance until the trial court has resolved the fact issues. The issues shall be resolved within 90 days of this order. A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court within 120 days of the date of this order. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed: April 5, 2017
Do not publish